UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.,

                Plaintiffs,

                10 CV 2671 (SLT) (CLP)

    -against-

MICHAEL D. GREEN, M.D. and
CLIFFORD BEINART, M.D.,

                NOTICE OF
                APPEARANCE AND
       "Nominal Owner Defendants,"        STIPULATION
                ADJOURNING TIME
VISTA MEDICAL DIAGNOSTIC IMAGING, P.C.    TO ANSWER COMPLAINT
and TOTAL GLOBAL MEDICAL, P.C.,

       "PC Defendants,"

IMAGING ASSOCIATES OF FIVE BOROUGHS, L.L.C.,
FIVE COUNTY IMAGING HOLDINGS, L.L.C.
and ASAF YEVDAYEV,

       "Management Defendants"

    -and-

RAPUZZI, PALUMBO & ROSENBERGER, P.C.,
PATRICIA RAPUZZI and DANNY MONTANEZ,

       "Lawyer Defendants."

-----------------------------------------------------------x

    The "Management Defendants," Imaging Associates of Five Boroughs, L.L.C., Five County Imaging Holdings, L.L.C. and Asaf Yevdayev, consenting to the jurisdiction of the Court over their persons, hereby appear in this action by Neil L. Fuhrer & Assoc., LLP and

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time of the "Management Defendants" to file their Answer or to move with respect to the Complaint be, and the same hereby is, extended to the close of business on August 2, 2010.

IT IS FURTHER AGREED that the signature of either party be deemed an "original" signature even though reproduced electronically or by facsimile.

RIVKIN RADLER LLP
Attorneys for Plaintiffs

By: _____
Barry I. Levy, Esq. (BL 2190)

926 RXR Plaza
Uniondale, NY 11556
516-357-3000

NEIL L. FUHRER & ASSOC., LLP
Attorneys for Management Defendants

By: _____
Robert Fierman, Esq. (RF 6390)

750 Third Avenue, 29th Fl.
New York, NY 10017
212-490-3400

SO ORDERED, this July ___, 2010.

_____
SANDRA L. TOWNES, U.S.D.J.