# NEIL L. FUHRER & ASSOC. LLP

ATTORNEYS AT LAW

750 THIRD AVENUE, NEW YORK, N.Y. 10017

NEIL L. FUHRER (N.Y. & PA. BAR)

(212) 681-7888
FACSIMILE: (212) 681-6536

July 7, 2010

Chambers of the Honorable
Judge Sandra L. Townes
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Government Employees Insurance Co., et al. v. Imaging Associates of Five Boroughs, L.L.C.
CV 10-2671

Honorable Judge Townes:

Enclosed please find a Notice of Appearance and Stipulation adjourning the time of the management of defendants to answer or move with respect to the complaint to August 2, 2010. This stipulation has been signed by the attorney for the plaintiff and by this office who represents the management defendants.

The time of the various defendants to answer varies as they were individually served, some upon the Secretary of State, and some of them personally. The latest time to appear is July 18, 2010.

No previous requests for an adjournment or extension have been made, and the application is made with the adversary consent.

It is respectfully requested that the within Notice of Appearance and Stipulation be So Ordered by the Court and that a copy of the same be returned to this office for circulation among the other parties.

Respectfully yours,

Neil L. Fuhrer & Assoc. LLP

By ___Neil Fuhrer (f.w.)___
Neil L. Fuhrer, Esq.

NLF\fw
c:\yev us distr crt