UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
CO., et al.,

                                    Plaintiffs,

        -against-

MICHAEL D. GREEN, M.D., et al.,

                                   Defendants
-------------------------------------------------------------------------X

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs and Defendant, Danny Montanez ("Montanez"), as follows:

1. Plaintiffs' motion requesting a notation of default against Montanez pursuant to Fed. R. Civ. Proc. 55(a), filed on July 7, 2010 is hereby withdrawn.

2. Montanez's time to answer and/or move with respect to the Plaintiffs' Complaint is extended up through and including September 26, 2010. Montanez hereby waives any affirmative defense based on lack of personal jurisdiction and/or improper service of process.

Dated:     Uniondale, New York
             August 2, 2010

**RIVKIN RADLER LLP**            **SHAPIRO & COLEMAN, P.C.**

By: _____       By: _____
    Barry I. Levy (BL 2190)                Richard H. Coleman (RHC7193)
    926 RXR Plaza                        727 N. Broadway
    Uniondale, New York 11556-0926      N. Massapequa, New York 11758

*Counsel for Plaintiffs Government Employees*      *Counsel for Defendant, Danny Montanez*
*Insurance Co., GEICO Indemnity Co. and*
*GEICO Casualty Co.*

**SO ORDERED:**

_____
U.S.D.J.

Dated:_____, 2010

2394021 v1