UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE
CO., et al.,

                            Plaintiffs,

-against-

MICHAEL D. GREEN, M.D., et al.,

                            Defendants

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 6 - 2010 ★
BROOKLYN OFFICE

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs and Defendant, Danny Montanez ("Montanez"), as follows:

1. Plaintiffs' motion requesting a notation of default against Montanez pursuant to Fed. R. Civ. Proc. 55(a), filed on July 7, 2010 is hereby withdrawn.

2. Montanez's time to answer and/or move with respect to the Plaintiffs' Complaint is extended up through and including September 26, 2010. Montanez hereby waives any affirmative defense based on lack of personal jurisdiction and/or improper service of process.

Dated:     Uniondale, New York
           August 2, 2010

**RIVKIN RADLER LLP**

By: _____
    Barry I. Levy (BL 2190)
    926 RXR Plaza
    Uniondale, New York 11556-0926

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co. and GEICO Casualty Co.*

**SHAPIRO & COLEMAN, P.C.**

By: _____
    Richard H. Coleman (RHC7193
    727 N. Broadway
    N. Massapequa, New York 11758

*Counsel for Defendant, Danny Montanez*

The motion for entry of default (Docket No. 15) is withdrawn.
SO ORDERED.
            /s/(SLT)
    Sandra L. Townes, U.S.D.J.
    Dated: 8/4/10