UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
CO., et al.,

                              Plaintiffs,

      -against-

MICHAEL D. GREEN, M.D., et al.,

                              Defendants
-----------------------------------------------------------------X

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs and Defendants, Michael Green, M.D., Clifford Beinart M.D., Vista Medical Diagnostic, P.C. and Total Global Medical, P.C. ("Defendants") that Defendants' time to answer and/or move with respect to the Plaintiffs' Complaint is extended up through and including September 24, 2010. Defendants hereby waive any affirmative defense based on lack of personal jurisdiction and/or improper service of process.

Dated:      Uniondale, New York
              August 5, 2010

| RIVKIN RADLER LLP | EISENBERG & CARTON |
|---|---|
| By: _____ <br> Barry I. Levy (BL 2190) <br> 926 RXR Plaza <br> Uniondale, New York 11556 <br> (516) 357-3000 | By: _____ <br> Lloyd M. Eisenberg (LE 6376) <br> 2631 Merrick Road, Suite 201 <br> Bellmore, NY 11710 <br> (516) 221-3700 |
| *Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co. and GEICO Casualty Co.* | *Counsel for Defendants Michael Green, M.D., Clifford Beinart M.D., Vista Medical Diagnostic, P.C. and Total Global Medical, P.C.* |

So ORDERED.

_____
Sandra L. Towner, U.S.D.J.
Dated: 8/18/10