UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
CO., et al.,

                    Plaintiffs,

- against -

MICHAEL GREEN, M.D., CLIFFORD BEINART,
M.D., et al.,

                    Defendants.
----------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 2 8 2010 ★
BROOKLYN OFFICE

2010-CV-2671 (SLT)(CLP)

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs and Defendant, Danny Montanez ("Defendant") that Defendant's time to answer and/or move with respect to the Plaintiffs' Complaint is extended up through and including December 1, 2010. Defendant hereby waives any affirmative defense based on lack of personal jurisdiction and/or improper service of process.

Dated:    Uniondale, New York
            September 24, 2010

| RIVKIN RADLER LLP | SHAPIRO & COLEMAN |
|---|---|
| By: /s/ *Barry I. Levy*<br>Barry I. Levy<br>926 RXR Plaza<br>Uniondale, New York 11556<br>(516) 357-3000 | By: /s/ *Richard H. Coleman*<br>Richard H. Coleman<br>727 North Broadway 2631 Merrick Road,<br>North Massapequa, New York 11758<br>(516) 798-7800 |
| *Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co. and GEICO Casualty Co.* | *Counsel for Defendant, Danny Montanez* |

SO ORDERED:    *U.S.D.J.*

9/27/10