**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 28 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
CO., et al.,

          Plaintiffs,

- against -

MICHAEL GREEN, M.D., CLIFFORD BEINART,
M.D., et al.,

          Defendants.
----------------------------------------X

2010-CV-2671 (SLT)(CLP)

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs and Defendants, Michael Green, M.D., Clifford Beinart M.D., Vista Medical Diagnostic, P.C. and Total Global Medical, P.C. ("Defendants") that Defendants' time to answer and/or move with respect to the Plaintiffs' Complaint is extended up through and including October 8, 2010. Defendants hereby waive any affirmative defense based on lack of personal jurisdiction and/or improper service of process.

Dated:     September 24, 2010

RIVKIN RADLER LLP

By: /s/ Barry I. Levy
    Barry I. Levy (BL 2190)
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co. and GEICO Casualty Co.*

EISENBERG & CARTON

By: /s/ Lloyd Eisenberg
    Lloyd M. Eisenberg (LE 5376)
2631 Merrick Road, Suite 201
Bellmore, NY 11710
(516) 221-3700

*Counsel for Defendants Michael Green, M.D., Clifford Beinart M.D., Vista Medical Diagnostic, P.C. and Total Global Medical, P.C.*

SO ORDERED: _____ 9/27/10
                    U.S.D.J.