# Blodnick Fazio & Associates PC

Edward K. Blodnick, Esq.
Thomas R. Fazio, Esq.

Paul A. Lanni, Esq.

Deborah J. Mazzola, Practice Administrator

December 2, 2010

Hon. Sandra L. Townes, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re:  GEICO v. Green, Beinart, et al
     Dkt. No. 2010-CV-2671 (SLT) (CLP)

Your Honor:

The undersigned represents Patricia Rapuzzi and the firm of Rapuzzi, Palumbo and Rosenberger, P.C. ("RPR"), both defendants in the above referenced action.

Plaintiff in the above referenced matter submitted, on November 19, 2010, an Order to Show Cause (ECF document number 34) seeking to hold various defendants, including RPR, in contempt for failure to execute and return to plaintiff certain Stipulations of Discontinuance pursuant to the Order and Permanent Injunction of this Court dated October 25, 2010 (ECF document number 32).

As we mentioned in our opposition to the issuance of that still-unsigned Order to Show Cause, we received the stipulations of discontinuance on November 15, 2010, their having previously been sent some 30 days earlier to counsel for the other defendants. We write to inform the Court that the executed Stipulations of Discontinuance were returned to plaintiff yesterday via UPS overnight, and their receipt this morning has been acknowledged by Plaintiff.

As these executed Stipulations were returned by RPR to plaintiff less than 30 days after their receipt by RPR (or RPR's counsel), RPR is in full compliance with the terms of the Order and Permanent Injunction and the requested Order to Show Cause is therefore moot as to them.

We thank the Court for its attention in this matter.

Very truly yours,

Edward K. Blodnick (EB-1796)

cc:  Barry Levy (via ECF Filing)
     Lloyd Eisenberg (via ECF Filing)
     All Other Counsel or *pro se* parties appearing herein (via ECF Filing)

1325 Franklin Avenue, Suite 375 | Garden City, New York 11530
p. 516. 280. 7105  f. 516. 280. 7102  w. www.BFandApc.com