

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

May 13, 2011

**By ECF**
Honorable Sandra L. Townes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Government Employees Ins. Co., et al. v. Green, et al.
> Docket No. CV 10-2671 (SLT)(CLP)

Dear Judge Townes:

As Your Honor is aware, we are counsel for the Plaintiffs in this matter

I write with the consent of counsel for the Defendants, Rapuzzi, Palumbo & Rosenberger, PC and Patricia Rapuzzi, Esq. (the "RPR Defendants") to advise that the Plaintiffs claims against the RPR Defendants have been resolved pursuant to a confidential settlement agreement. Counsel for the RPR Defendants and I are in the process of memorializing the settlement. We expect that process to be completed shortly, and will then file a stipulation of dismissal, with prejudice, pursuant to Rule 41(a)(1). In light of the settlement, the pending motion to dismiss has become moot.

We appreciate the Court's attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

*Barry I. Levy*

Barry I. Levy

cc: All counsel via ECF

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495