

WWW.RIVKINRADLER.COM

BARRY I. LEVY
PARTNER
(516) 357-3149
barry.levy@rivkin.com

August 2, 2011

**By ECF**
Honorable Cheryl L. Pollak
United States District Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Government Employees Ins. Co., et al. v. Green, et al.**
**Docket No. CV 10-2671 (SLT)(CLP)**

Dear Magistrate Judge Pollak:

As Your Honor is aware, we are counsel for the Plaintiffs in this matter.

I write to advise the Court that the claims against Defendants, Rapuzzi, Palumbo & Rosenberger, PC and Patricia Rapuzzi, Esq. (the "RPR Defendants"), have been resolved. We are in the process of executing the settlement agreements and hope to file a stipulation of discontinuance with prejudice in the next few weeks.

The claims against the remaining defendants (i.e., Daniel Montanez and the "Management Defendants") will be moving forward, and, therefore, I would request that the Court issue an order setting an initial conference for the purposes of establishing a discovery schedule in this matter.

The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

*Barry I. Levy*

Barry I. Levy

BIL/lg
cc: All counsel via ECF
2518860v1

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495