

ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

October 3, 2011

**By ECF**
Honorable Cheryl L. Pollak
United States District Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  **Government Employees Ins. Co., et al. v. Green, et al.
Docket No. CV 10-2671 (SLT)(CLP)**

Dear Magistrate Judge Pollak:

As Your Honor is aware, we are counsel for the Plaintiffs in this matter.

I write further to my letter of August 2, 2011 to advise the Court that the settlement agreement between Plaintiffs, Rapuzzi, Palumbo & Rosenberger and Patricia Rapuzzi, Esq. (collectively the "RPR Defendants") has been executed. We will be filing a stipulation of discontinuance of Plaintiffs' claims, with prejudice, against the RPR Defendants within the next day or so. In light of the settlement, counsel for the RPR Defendants will not be attending the initial scheduling conference set for tomorrow. The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

Barry I. Levy

BIL/lg

cc: All counsel via ECF

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495