# Shapiro & Coleman, P.C.

ATTORNEYS AT LAW
727 N. Broadway
N. Massapequa, N.Y. 11758-2375

Richard H. Coleman

TEL: (516) 798-7800

April 27, 2012

Magistrate Judge Cheryl L. Pollack
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: GOVERNMENT EMPLOYESS INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE CO., and GEICO CASUALTY CO., v. MICHAEL D. GREEN, M.D., CLIFFORD BEINART, M.D., VISTA MEDICAL DIAGNOSTIC IMAGING, P.C., TOTAL GLOBAL MEDICAL, P.C., IMAGING ASSOCIATES OF FIVE BOROUGHS, L.L.C., FIVE COUNTY IMAGING HOLDINGS, L.L.C., ASAF YEVDAYEV, RAPUZZI, PALUMBO, & ROSENBERGER, P.C., PATRICIA RAPUZZI and DANNY MONTANEZ.
Civil Action No.: 10-CV-2671

Dear Magistrate Pollack:

Pursuant to the Court's directive, defendant, Danny Montanez, will undertake deposition(s) of plaintiff at a date and time(s) either scheduled by this court or agreed upon between counsel.

Very truly yours,

RICHARD H. COLEMAN, ESQ. (RHC-7193)
SHAPIRO & COLEMAN, P.C.
Attorneys for Defendant-Montanez
727 N. Broadway
N. Massapequa, NY 11758
(516) 798-7800

RHC/kc
Enclosures