UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY
CO.,

                                        **ORDER**

                            Plaintiffs,          10-CV-2671 (SLT)(CLP)

      -against-

MICHAEL D. GREEN, M.D. and CLIFFORD
BEINART, M.D., et al.,

                            Defendants.
-------------------------------------------------------------------x
**TOWNES, United States District Judge:**

       The Motion for Default Judgment filed by plaintiffs on June 12, 2012 is hereby respectfully referred to Magistrate Judge Cheryl Pollack for a report and recommendation.

       **SO ORDERED.**

                                                         s/ SLT

                                            SANDRA L. TOWNES
                                            United States District Judge

Dated: June 10, 2012
        Brooklyn, New York