## Shapiro & Coleman, P.C.

ATTORNEYS AT LAW
727 N. Broadway
N. Massapequa, N.Y. 11758-2375

TEL: (516) 798-7800

Richard H. Coleman

July 17, 2012

Magistrate Judge Cheryl L. Pollack
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    GOVERNMENT EMPLOYESS INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE CO., and GEICO CASUALTY CO., v. MICHAEL D. GREEN, M.D., CLIFFORD BEINART, M.D., VISTA MEDICAL DIAGNOSTIC IMAGING, P.C., TOTAL GLOBAL MEDICAL, P.C., IMAGING ASSOCIATES OF FIVE BOROUGHS, L.L.C., FIVE COUNTY IMAGING HOLDINGS, L.L.C., ASAF YEVDAYEV, RAPUZZI, PALUMBO, & ROSENBERGER, P.C., PATRICIA RAPUZZI and DANNY MONTANEZ.
            **Civil Action No.: 10-CV-2671**

Dear Magistrate Pollack:

Pursuant to the Court's directive of June 7, 2012, defendant, Danny Montanez, has obtained a handwriting expert and the handwriting expert report and findings have been forwarded to Max Gershenoff, Esq. of Rivkin Radler, LLP, Geico's counsel for review. On July 11, 2012, I spoke with Mr. Gershenoff who confirmed receipt of the report and findings and advised that he will review same and contact me thereafter to discuss.

Respectfully,

RICHARD H. COLEMAN, ESQ. (RHC-7193)
SHAPIRO & COLEMAN, P.C.
Attorneys for Defendant-Montanez
727 N. Broadway
N. Massapequa, NY 11758
(516) 798-7800

RHC/kc