

WWW.RIVKINRADLER.COM

**MAX GERSHENOFF**
PARTNER
(516) 357-3444
max.gershenoff@rivkin.com

July 26, 2012

**BY ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Government Employees Ins. Co., et al. v. Green, et al.*
          Docket No. CV 10-2671 (SLT)(CLP)
          RR File No.: 005100-00001

Dear Magistrate Judge Pollak:

As the Court is aware, we represent Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO") in this matter.

Pursuant to the Court's June 8, 2012 Order, we write to provide a status report on discovery with respect to Defendant Danny Montanez. As agreed amongst the parties, counsel for Mr. Montanez has provided Plaintiffs with an expert handwriting report. In light of the report, Plaintiffs do not expect to require further discovery from Mr. Montanez and are considering dismissing their claims against Mr. Montanez. Plaintiffs expect to reach their decision and, if necessary, file the appropriate papers, in the coming two weeks.

                            Respectfully submitted,

                            RIVKIN RADLER LLP

                            *Max Gershenoff*
                            Max Gershenoff (MG 4648)

MG/lg

cc:    All Counsel (via ECF)

926 RXR Plaza
Uniondale, NY 11556
T 516.357.3000   F 516.357.3333

555 Madison Avenue
New York, NY 10022
T 212.455.9555   F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601
T 201.287.2460
F 201.489.0495