UNITED STATES DCISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO., GEICO
INDEMNITY CO., GEICO GENERAL INSURANCE CO.,
and GEICO CASUALTY CO.,

      *Plaintiffs*,

-against-

MICHAEL D. GREEN, M.D., CLIFFORD BEINART, M.D.,
VISTA MEDICAL DIAGNOSTIC IMAGING, P.C., TOTAL
GLOBAL MEDICAL, P.C., IMAGING ASSOCIATES OF
FIVE BOROUGHS, L.L.C., FIVE COUNTY IMAGING
HOLDINGS, L.L.C., ASAF YEVDAYEV, RAPUZZI,
PALUMBO, & ROSENBERGER, P.C., PATRICIA
RAPUZZI and DANNY MONTANEZ,

      *Defendants*.
---------------------------------------------------------------X

STIPULATION AND
ORDER OF
DISMISSAL WITH
PREJUDICE OF
DEFENDANT
DANNY MONTANEZ

Civil Action No.:
10-CV-2671

  IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the parties hereto through their undersigned counsel, that the above-entitled action as to Defendant Danny Montanez, and all claims and counterclaims asserted therein, are dismissed with prejudice and without costs to any party.

  IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and filed with the Clerk of the Court without further notice, and that signature obtained via facsimile shall have the same force and effect as original signatures.

Date: N. Massapequa, NY
August 8, 2012

_____
RICHARD H. COLEMAN (RHC7193)
SHAPIRO & COLEMAN, P.C.
Attorney for Defendant-D. Montanez
727 N. Broadway, Suite C-1
N. Massapequa, NY 11758
P: (516) 798-7800
F: (516) 390-0810

Date: Uniondale, NY
August 8, 2012

_____
MAX GERSHENOFF (MG4648)
RIVKIN RADLER, LLP
Attorney for Plaintiff
926 RXR Plaza
Uniondale, NY 11556
P: (516) 357-3000
F: (516) 357-3333