UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,        JUDGMENT
et al.,        10-CV- 2671 (SLT)

                 Plaintiffs,

   -against-

M.D., MICHAEL D. GREEN, et al.,

                 Defendants.
-------------------------------------------------------------------X

       A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on May 23, 2014, adopting and affirming the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated November 7, 2012; granting Plaintiffs' motion for a default judgment on their claims for fraud, unjust enrichment, RICO and RICO conspiracy against Defendants Asaf Yevdayev, Imaging Associates of Five Boroughs, L.L.C., and Five County Imaging Holdings L.L.C.; and directing the Clerk of Court to enter a default judgment in the amount of $1,451,835.62; it is

       ORDERED and ADJUDGED that Plaintiffs' motion for a default judgment is granted; and that judgment is hereby entered in favor of Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co., and against Defendants Asaf Yevdayev, Imaging Associates of Five Boroughs, L.L.C., and Five County Imaging Holdings, L.L.C., jointly and severally, in the amount of $1,451,835.62.

Dated: Brooklyn, New York        Douglas C. Palmer
       May 27, 2014        Clerk of Court

       by:    */s/ Janet Hamilton*
       Deputy Clerk

Case 1:10-cv-02671-SLT-VVP   Document 95   Filed 05/27/14   Page 2 of 2 PageID #: 1202